# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN LATHERS

VERSUS

COCA-COLA BOTTLING COMPANY
UNITED, INC.

NO.   2019 CW 0587

SEP 0 3 2019

---

In Re:    Coca-Cola Bottling Company United, Inc., applying for
          supervisory writs, Office of Workers' Compensation,
          District 5, No. 19-00383.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT